UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENAS TO SRIRAM DAYANANDAN,

Petitioner

Case No. 26-mc-80123-SK

**ORDER GRANTING MOTION TO SEAL**

Regarding Docket No. 11

Now before the Court is the motion to seal filed by Respondent Cisco Systems, Inc. The Court HEREBY GRANTS Cisco's motion and seals the highlighted portions. By no later than June 5, 2026, Cisco shall publicly file Exhibit 1, redacting the portions sealed by this Order.

**IT IS SO ORDERED**.

Dated: June 1, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California